SLIP OPINION

Cite as 2014 Ark. App. 684

# ARKANSAS COURT OF APPEALS

DIVISION I
No. CV–14–265

| | |
|---|---|
| DLC PROPERTIES, LLC, d/b/a TWIN LAKES PLAZA, LLC<br><br>APPELLANT<br><br>V.<br><br>CARMIKE CINEMAS, INC. and EASTWYNN THEATRES, INC.<br>APPELLEES | Opinion Delivered December 3, 2014<br><br>APPEAL FROM THE BAXTER COUNTY CIRCUIT COURT [NO. CV–2010-55-4]<br><br>HONORABLE GORDON WEBB, JUDGE<br><br>SUPPLEMENTAL ADDENDUM ORDERED |

## DAVID M. GLOVER, Judge

This case stems from a dispute arising out of a lease agreement which bound DLC Properties, LLC, d/b/a Twin Lakes Plaza, LLC (DLC) and Carmike Cinemas, Inc., and Eastwynn Theatres, Inc. (Carmike). DLC appeals a jury verdict in favor of Carmike, and Carmike cross-appeals the trial court's ruling to deny its motion for attorneys' fees. We do not reach the merits of this appeal because DLC failed to comply with the Arkansas Supreme Court Rules governing the contents of an addendum.

In any case where there was a jury trial, the jury's verdict forms must be included in the addendum. Ark. Sup. Ct. R. 4-2(a)(8)(A)(i) (2014). A review of DLC's addendum reveals that the verdict forms were not included. Because the inclusion of verdict forms is mandatory, we remand this case for supplementation of the addendum. We order DLC to file, within seven calendar days of this opinion, a supplemental addendum that includes the

trial court's verdict forms.  Ark. Sup. Ct. R. 4–2(b)(4).  Additionally, we encourage DLC's

counsel to review our rules to ensure that no other deficiencies are present.

Supplemental addendum ordered.

PITTMAN and WHITEAKER, JJ., agree.

*Grayson & Grayson*, by: *Keith L. Grayson* and *Melanie L. Grayson*, for appellant.

*Trammell Law Firm*, by: *William D. Shelton, Jr.*, and *Robert D. Trammell*, for appellees.